## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eugene Baumberger, et al.

        Plaintiffs,        Civil 06-514 (PAM/JSM)

v.

**ORDER OF DISMISSAL**

Dean Dethmers,

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April   16  , 2007

                                        s/Paul A. Magnuson
                                        Paul A. Magnuson
                                        United States District Court Judge